IT IS SO ORDERED.

Dated:  02:28 PM  December 07 2007

/s/ Marilyn Shea-Stonum
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | |
|---|---|
| IN RE: | CASE NO. 05-59305 |
| DAVID N. DOLTON | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor | JUDGE MARILYN SHEA-STONUM |
| | ORDER AUTHORIZING COMPROMISE OF CONTROVERSY |

   This cause came on for consideration and it appearing to the court that the parties have resolved the differences heretofore existing between them; that notice was given to all creditors, the U.S. Trustee, the debtor, and all parties in interest of the trustee's motion and the terms of the proposed compromise; that no objection or request for hearing upon same has been received within the time period set forth in the notice; and that acceptance of the proposal of compromise submitted by David N. Dolton and Tracey Rechtorik, modified as to the monetary obligation imposed upon Tracey Rechtorik in light of her own Chapter 7 bankruptcy filing, is in the best interests of the estate and its creditors, it is therefore

   ORDERED, ADJUDGED, and DECREED that Harold A. Corzin, trustee, be and he hereby is authorized and empowered to accept a deed from Tracey Rechtorik conveying the real property described in Exhibit A attached hereto to David N. Dolton so that said property will be titled in the name of the debtor of this estate and the sum of $10,000 paid by David N. Dolton, and payable at

the rate of $50 per month commencing with the month of May 2007 and continuing each and every month thereafter provided however that such obligation shall be paid in full on or before the 1st day of April 2008, and it is further

ORDERED that, upon the transfer of the real estate as set forth above, Harold A. Corzin, Trustee, be and he hereby is authorized and empowered to cause a dismissal of the adversary proceeding entitled "Harold A. Corzin, Trustee, Plaintiff vs. Dolton" bearing adversary #06-05101, to be filed, and it is further

ORDERED that David N. Dolton pay to the estate the sum of $10,000 at the rate of $50 per month, commencing with the month of May 2007 and payable in full on or before the first day of April 2008.

### # # #

Submitted by:

GIBSON & LOWRY

/s/ Michael J. Moran
Michael J. Moran (#0018869)
Attorney for Trustee
234 Portage Trail
P.O. Box 535
Cuyahoga Falls, OH 44222
(330) 929-0507
(330) 929-6605 - Fax
moranecf@yahoo.com


Parties to be served:

Harold Corzin, Trustee
(Electronically)

Wesley Alton Johnson
112 ½ Main St.
Wadsworth, OH 44281
(Regular U.S. Mail)

BFG Federal Credit Union
Attn: Bankruptcy
445 S. Main Street
Akron, OH 44311
(Regular U.S. Mail)

Carol King
204 Tuscarawas Ave.
Barberton, OH 44203
(Regular U.S. Mail)

Carolyn King
c/o Office
15091 Portage St.
Doylestown, OH 44230
(Regular U.S. Mail)

Citi Cards
Attn: Bankruptcy
P.O. Box 20487
Kansas City, MO 64195
(Regular U.S. Mail)

Citi Cards
Attn: Bankruptcy
P.O. Box 6500
Sioux Falls, SD 57117
(Regular U.S. Mail)

Shirley Dolton
12308 Rogue's Hollow Rd.
Doylestown, OH 44230
(Regular U.S. Mail)

Wayne County Treasurer
428 W. Liberty Street
Wooster, OH 44691
(Regular U.S. Mail)

William Emley
4518 Fulton Dr. NW
P.O. Box 35548
Canton, OH 44735
(Regular U.S. Mail)

Lloyds TSB
Consumer Debt Recovery
Queens Road Quadrant
Brighton, BN13XJ
England
(Regular U.S. Mail)

Lloyds TSB Card Services
P.O. Box 13130
Brighton BN14UZ
England
(Regular U.S. Mail)

Mathew M. Young
323 W. Lakeside Ave., Ste. 200
Cleveland, OH 44113-1099
(Regular U.S. Mail)

National City Mortgage
3232 Newmark Dr.
Miamisburg, OH 45342
(Regular U.S. Mail)

Robert Burridge
115 W. Liberty St.
Wooster, OH 44691
(Regular U.S. Mail)

Savings Bank & Trust Co.
Attn. Bankruptcy
101 W. Market St.
Orrville, OH 44667
(Regular U.S. Mail)

David Dolton
2876 Oakcrest Dr.
Norton, OH 44203
(Regular U.S. Mail)

Virginia Leaf
Century 21 Reality
1126 Brownsville Rd
Pittsburgh, PA 15210
(Regular U.S. Mail)

David Kennedy
4071 S. Cleveland-Massillon Rd.
Norton, OH 44203-9480
(Regular U.S. Mail)

Page 1 of 1



**Allegheny County**
**Valerie McDonald Roberts**
**Recorder of Deeds**
**Pittsburgh, PA 15219**

Instrument Number: 2005-3677

Recorded On: February 04, 2005    As-Deed

Parties: D N S HOLDINGS L L C
    To    RECHTORIK TRACEY

# of Pages: 5

Comment:

**\*\*DO NOT REMOVE-THIS PAGE IS PART OF THE RECORDED DOCUM**

Deed                45.00
    Pages > 4    0
    Names > 4    0
Total:            45.00

**Realty Transfer Stamp**

| | | |
|---|---|---|
| Affidavit Attached-No | | Stamp Num-T211720 |
| PITTSBURGH | | |
| Ward-29-CARRICK | | |
| Blk/Lot-60M86 | Value | 45,000.00 |
| Commonwealth of Pennsylvania | | 450.00 |
| Munic-Pittsburgh City of | | 900.00 |
| School District-Pittsburgh | | 450.00 |
| | | 1,800.00 |

**Deed Registry Stamp**

OFFICE OF PROPERTY ASSESSMENTS   -   BLOCK AND LOT NUMBER

Date: / /   - Ent. By:        60-M-86

I hereby certify that the within and foregoing was recorded in the Recorder's Office in Allegheny County, PA

**\*\*DO NOT REMOVE-THIS PAGE IS PART OF THE RECORDED DOCUM**

**File Information:**

Document Number: 2005-3677
Receipt Number: 382496
Recorded Date/Time: February 04, 2005 01:50P
Book-Vol/Pg: BK-DE VL-12342 PG-233
User / Station: E McGuire - Cash Super 03

**Record and Return To:**

SECURITY SETTLEMENT SERVICES
150 ROBBINS STATION RD
N HUNTINGDON PA 15642

PLAINTIFF'S EXHIBIT
A



https://www.recorder.county.allegheny.pa.us/imageCache/PngImageCache/pa003/pa003_60_2005...    7/28/2006

# This Deed

Made the 26th day of January in the year 2005

Between DMS Holdings LLC, a Pennsylvania Limited Liability Company

("Grantor")

and

Tracey Rechtorik,

("Grantee")

Witnesseth, that in consideration of payment by the Grantee(s) to the Grantor(s) of Forty-five thousand ($45,000.00)

Dollars,

the Grantor(s) do(es) hereby grant, sell and convey to the Grantee(s), her heirs and assigns

All that certain lot, or piece of ground, situate in the 29th Ward of the City of Pittsburgh, County of Allegheny, and Commonwealth of Pennsylvania, being lot 235, in the Grullo Plan of Lots, recorded in the Recorder's Office of said County in Plan Book Volume 17, pages 74 and 75; being more fully described as follows:

BEGINNING at a point on the Northwest corner of Leolyn (formerly Lilac) Street and Appian Way (formerly Beech Alley); thence Westwardly, along Appian Way, 170 feet to Lunar Way (formerly Cherry Alley); thence Northwardly, along Lunar Way, 25.28 feet to a point, at the dividing line between Lots 235 and 236 in said plan; thence Eastwardly, by said dividing line, a distance of 166.19 feet to a point on Leolyn Street; thence Southwardly, along Leolyn Street, a distance of 25 feet to the place of beginning.

HAVING erected thereon a two-story frame house, known as 1814 Leolyn Street, Pittsburgh (Carrick), Pennsylvania.

BEING designated as Block and Lot 60-N-86 by the Office of Deed Registry of Allegheny County.

BEING also the same property that Teresa Sabol, Administratrix c.t.a.

01/23/2003 16:32 FAX 412 884 7186    KELLER WILLIAMS REALTY

of the Estate of Domenico Ricci, also known as Dominic Ricci, Deceased, the surviving spouse of Nicolina Ricci, by his deed dated November 15, 2002 and recorded in the Office of the Recorder of Deeds of Allegheny County in Deed Book Volume 11512, Page 490 granted and conveyed to DNS HOLDINGS LLC, a Pennsylvania limited liability company, Grantor herein.

with the appurtenances: **To Have and To Hold** the same to and for the use of the said Grantee(s)
her heirs
and assigns forever. And the
Grantor(s) for itself, its successors and assigns
assigns hereby covenant and agree that will WARRANT* generally the property hereby conveyed.
[*SPECIALLY OR GENERALLY]

NOTICE – THIS DOCUMENT MAY NOT SELL, CONVEY, TRANSFER, INCLUDE OR INSURE THE TITLE TO THE COAL AND RIGHT OF SUPPORT UNDERNEATH THE SURFACE LAND DESCRIBED OR REFERRED TO HEREIN, AND THE OWNER OR OWNERS OF SUCH COAL MAY HAVE THE COMPLETE LEGAL RIGHT TO REMOVE ALL OF SUCH COAL AND, IN THAT CONNECTION, DAMAGE MAY RESULT TO THE SURFACE OF THE LAND AND ANY HOUSE, BUILDING OR OTHER STRUCTURE ON OR IN SUCH LAND. THIS INCLUSION OF THIS NOTICE DOES NOT ENLARGE, RESTRICT OR MODIFY ANY LEGAL RIGHTS OR ESTATES OTHERWISE CREATED, TRANSFERRED, EXCEPTED OR RESERVED BY THIS INSTRUMENT. [This notice is not...]

In Witness Whereof, the Grantor(s) has hereunto set its hand(s) and seal(s), the day and year first above-written.

DES HOLDINGS LLC
Witness: Carole L. Bryer
By: Nancy A. Smith
Don Smith

## NOTICE

I/WE, THE UNDERSIGNED GRANTEE/GRANTEES, HEREBY CERTIFY THAT I/WE KNOW AND UNDERSTAND THAT I/WE MAY NOT BE OBTAINING THE RIGHT OF PROTECTION AGAINST SUBSIDENCE RESULTING FROM COAL MINING OPERATIONS AND THAT THE PURCHASED PROPERTY MAY BE PROTECTED FROM DAMAGE DUE TO MINE SUBSIDENCE BY A PRIVATE CONTRACT WITH THE OWNERS OF THE ECONOMIC INTEREST IN THE COAL. THIS NOTICE IS INSERTED IN ACCORDANCE WITH THE PROVISIONS OF "THE BITUMINOUS MINE SUBSIDENCE AND LAND CONSERVATION ACT OF 1966" AS AMENDED 1980, OCT. 10, P.L. 874, NO.156 §1.

WITNESS
Tracey Rechtorik

This _____ Day of _____ In The Year 2005

TRACEY RECHTORIK
1814 LEOLYN STREET

CERTIFICATE OF RESIDENCE
PITTSBURGH, PA 15210

STATE OF MICHIGAN
COUNTY OF BARRY
On this the 26th day of JAN in the year 2005, before me, a Notary Public, the undersigned officer, personally appeared DES HOLDINGS LLC by Nancy A. Smith and Don Smith, known to me (or satisfactorily proven) to be the person whose name subscribed to the within instrument, and acknowledged that executed the same for the purposes therein contained.
In Witness Whereof, I set my hand and official seal.

My Commission Expires 9/28/07
Notary Public

https://www.recorder.county.allegheny.pa.us/imageCache/PngImageCache/pa003/pa003_60_2005... 7/28/2006

01/25/2005 16:32 FAX 412 884 7188    KELLER WILLIAMS REALTY

State of _____ }
County of _____ } ss.
On this the _____ day of _____ in the year _____ before me _____ the undersigned officer, p
appeared _____

_____ known to me (or satisfactorily proven) to be the person whose name subs
the within instrument, and acknowledged that _____ executed the same for the purpose therein contained
In Witness Whereof, I set my hand and official seal.

My Commission Expires _____

State of _____ }
County of _____ } ss.
On this the _____ day of _____ in the year _____ before me _____ the undersigned officer, pur
appeared _____

_____ known to me (or satisfactorily proven) to be the person whose named subscr
the within instrument, and acknowledged that _____ executed the same for the purpose therein contained
In Witness Whereof, I set my hand and official seal.

My Commission Expires _____

**Deed**

From

OWS HOLDINGS LLC, a Pennsyl-
vania limited liability
company

To

TRACY ECHEVERRI

Rec. $ _____

Record & Return to:
Security Settlement Svcs
150 Robbins Station Road
_____, PA